FILED

04/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0570

FRANKLIN S. & JANET L. TIEGS
(PTE) BAKER PRODUCE, INC.,

        Petitioner and Appellees,                GRANT OF EXTENSION

    v.

STATE OF MONTANA, DEPARTMENT
OF REVENUE,

        Respondent and Appellant.

Pursuant to authority granted under Mont. R .App. P. 26(1), Appellees are given an extension of time until May 23rd, 2022, to prepare, file, and serve Appellees' answer brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2022